AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ORTIZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           1:18-mj-00338-DML<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 5, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brian A. Clancy, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/06/2018

_____
*Judge's signature*

City and state: Indianapolis, IN

Hon. Debra McVicker Lynch, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION

1. I, Brian A. Clancy, being duly sworn under oath, states as follows:

### I. TRAINING AND EXPERIENCE

2. I am a Special Agent (SA) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and have been so employed since November 2015. In connection with official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms offenses such as violations of Title 18, United States Code, Sections 922(g) and 924(c). I have testified in judicial proceedings and prosecutions for violations of firearms laws and robberies. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including distribution of controlled substances.

3. Prior to joining ATF, I was employed with the Joliet Police Department (JPD) in Joliet, Illinois for five months as a patrol officer and was assigned to the Neighborhood Oriented Police Team. Prior to working with JPD, I was employed by the Department of Homeland Security as a Federal Air Marshal for over five years.

### II. PURPOSE OF THE AFFIDAVIT

4. This affidavit is submitted in support of the arrest of Jose ORTIZ (hereinafter, ORTIZ) for committing the crime of possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1).

5. The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This

Affidavit does not set forth each and every fact your Affiant has learned during this investigation, but rather is provided solely for the purpose of establishing probable cause in support of the search warrant and criminal complaint in this matter. The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

### III.   PROBABLE CAUSE

6. On April 5, 2018 at approximately 11:01 a.m., Indianapolis Metropolitan Police Department (IMPD) officers were dispatched to 4401 East 10th Street in Indianapolis, within the Southern District of Indiana, on a welfare check call. It was reported that a man was sitting in a CVS parking lot in an SUV with a handgun in his hand. Upon arrival, officers observed a man in the driver's seat with his head slumped down. His eyes were closed but his breaths were shallow and he was sweating profusely. Officers observed the bottom of a soda can with burn marks on the ground outside the vehicle and believed that the man had used heroin. Officers knocked on the window but the man did not wake up. Officers also observed a handgun between his right leg and the center console. In attempting to quietly open the passenger door to remove the gun, the man woke up. The man was identified as Jose ORTIZ.

7. The pistol, an Interarms model Star Sa 9mm pistol bearing serial number 1739057, was reported stolen out of Vigo County, Indiana. It was not manufactured within the state of Indiana and therefore traveled in interstate commerce prior to ORTIZ's possession of it.

8. ORTIZ was read and waived his Miranda rights. He first claimed that the pistol was not his, but when the officer said he was going to perform a DNA swab of the gun, Ortiz stated that he didn't want to waste any time and admitted it was his gun.

9. ORTIZ has been previously convicted of a crime punishable by more than one (1) year of imprisonment, including:

   a. Robbery Resulting in Bodily Injury, a class B felony, in Lake County Superior Court under cause number 45G01-0410-FB-00084, on or about August 24, 2005;

   b. Robbery, a class C felony, in Lake County Superior Court under cause number 45G01-0108-CF-00186, on or about January 23, 2003, and;

   c. Robbery Resulting in Bodily Injury, a class B felony, out of Lake County Superior Court under cause number 45G01-9910-CF-00180, on or about May 24, 2000.

## IV.  CONCLUSION

10. Based upon the above stated facts and attending circumstances, there is probable cause to believe that Jose ORTIZ illegally possessed a firearm in violation of Title 18, United States Code, Section 922(g)(1) on or about April 5, 2018.

_____
Brian A. Clancy, Special Agent
Bureau of Alcohol, Tobacco,
Firearms, and Explosives

Subscribed and sworn before me this 6th day of April, 2018.

_____
Hon. Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana